**Dismissed and Opinion Filed November 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01019-CV

**NATIVIDAD RAMIREZ, Appellant**
**V.**
**LIDIA RAMIREZ, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-53739-2013**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Francis

Before the Court is appellant's October 28, 2016 notice of nonsuit. The parties entered into a Rule 11 agreement and settled all claims and controversies in the appeal. Appellant now requests this Court to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

161019F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NATIVIDAD RAMIREZ, Appellant

No. 05-16-01019-CV         V.

LIDIA RAMIREZ, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-53739-2013.
Opinion delivered by Justice Francis.
Justices Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Lidia Ramirez recover her costs of this appeal from appellant Natividad Ramirez.

Judgment entered November 10, 2016.